UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSTANCE F. WHITTALL,<br><br>    Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>    Defendant. | Civil Action No.<br>06-11777-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of James J. Fauci of Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333, as one of the counsel for defendant Ameriquest Mortgage Company in this matter.

                                        **AMERIQUEST MORTGAGE COMPANY,**
                                        By its attorney,

                                        /s/ James J. Fauci
                                        James J. Fauci (BBO #660272)
                                        Goulston & Storrs
                                        A Professional Corporation
                                        400 Atlantic Avenue
                                        Boston, MA 02110-3333
                                        (617) 482-1776

December 8, 2006